```
 1  LATHAM & WATKINS LLP
       Peter K. Rosen (Bar No. 082725)
 2       (peter.rosen@lw.com)
       Jared M. Goldstein (Bar No. 268158)
 3       (jared.goldstein@lw.com)
       Kathy Yu (Bar No. 268210)
 4       (kathy.yu@lw.com)
    355 South Grand Avenue
 5  Los Angeles, California 90071-1560           JS-6
    Telephone: 213.485.1234
 6  Facsimile:  213.891.8763

 7  Attorneys for Plaintiff
    JUNIOR BLIND OF AMERICA
 8
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
 9  BRUCE D. CELEBREZZE  (Bar No. 102181)
    MICHAEL A. TOPP – Bar No. 148445
10  AMBER RYE BRUMFIEL  (Bar No. 215181)
    Email: bruce.celebrezze@sdma.com
11  Email: michael.topp@sdma.com
    Email: amber.rye@sdma.com
12  One Market Plaza, Steuart Tower, 8th Floor
    San Francisco, California 94105
13  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
14
    Attorneys for Defendant
15  RIVERPORT INSURANCE COMPANY

16
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR BLIND OF AMERICA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIVERPORT INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO. CV09-09295 RGK PLAx<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FRCP 41(A)(1)] |

/ / /

/ / /

1  Pursuant to stipulation of the parties, and Rule 41(a)(1) of the Federal Rules of
2  Civil Procedure, IT IS HEREBY ORDERED that the entire action herein be, and hereby
3  is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and
4  costs.

6  DATED: November 23, 2010          _____
7                                     Judge